## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR 05-2103-TUC-FRZ (HCE) |
| Plaintiff(s), ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| Jesse Chase, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Suppress Evidence .

On December 1, 2006, Magistrate Judge Hector C. Estrada conducted a hearing and on December 29, 2006 issued his Report and Recommendation.[44]  A copy was sent to all parties. Neither party filed objections to the Magistrate Judge's Report and Recommendation.

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Hector C. Estrada's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that the Motion to Suppress Evidence is DENIED.

DATED this 22nd day of January, 2007.

FRANK R. ZAPATA
United States District Judge